

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00059-CR

STEVEN DEWAYNE PRUITT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. 1323452

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Steven Dewayne Pruitt was placed on ten years' deferred adjudication on his open plea of guilty of delivery of marihuana in an amount between one-fourth of an ounce and five pounds in a drug-free zone. This case was tried along with two other companion cases, which are subjects of two other pending appeals before this Court.[1] Pruitt filed a single consolidated brief covering all three appeals, in which he contends that his plea of guilty in each case was not voluntary because of the trial court's failure to properly admonish Pruitt in connection with one of the three charges.

The argument raised in this appeal is based exclusively on the argument of error brought before this Court in a companion appeal styled *Pruitt v. State*, cause number 06-14-00058-CR. In our opinion of this date disposing of that appeal, we found error, but found that it did not affect the substantial rights of the defendant. Pruitt contends in connection with this appeal that the error necessarily made his plea in this case involuntary. For the reasons set out in that opinion, we conclude in this case that no harm has been shown and overrule the issue as it applies to this appeal.

---

[1]Pruitt appeals his conviction for delivery of marihuana in an amount between one-fourth ounce and five pounds and resulting two-year sentence in our cause number 06-14-00051-CR. In our cause number 06-14-00058-CR, Pruitt appeals an order placing him on ten years' deferred adjudication for burglary of a habitation with intent to commit aggravated assault.

2

We affirm the judgment.

Josh R. Morriss, III
Chief Justice

Date Submitted:     February 25, 2015
Date Decided:       April 8, 2015

Do Not Publish